# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Harley Newton and Tressa Newton,<br>　　　Plaintiff,<br>v.<br>State Farm Fire and Casualty Company AND Mary Lee Jones,<br>　　　Defendant. | **No. CJ-2023-589**<br>**(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)**<br><br>Filed: 02/01/2023<br><br>Judge: Dishman, C. Brent |

## PARTIES

Jones, Mary Lee, Defendant
Newton, Harley, Plaintiff
Newton, Tressa, Plaintiff
State Farm Fire and Casualty Company, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Dulisse, Carole L (Bar #18047)<br>4301 SW 3rd St., Ste. 110<br>OKC, OK 73108 | Newton, Harley<br>Newton, Tressa |
| Marr, Jeff D. (Bar #16080)<br>4301 SOUTHWEST THIRD STREET SUITE 110<br>OKC, OK 73108 | Newton, Harley<br>Newton, Tressa |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.



EXHIBIT 1

**Issue # 1.**  Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed By: Newton, Harley
Filed Date: 02/01/2023

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 02-01-2023 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | #1 |
| 02-01-2023 | [ INSURE ] | BAD FAITH INSURER LIABILITY | | |
| 02-01-2023 | [ DMFE ] | DISPUTE MEDIATION FEE | | $ 7.00 |
| 02-01-2023 | [ PFE1 ] | PETITION | | $ 163.00 |
| 02-01-2023 | [ PFE7 ] | LAW LIBRARY FEE | | $ 6.00 |
| 02-01-2023 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | $ 25.00 |
| 02-01-2023 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| 02-01-2023 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |
| 02-01-2023 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 10.00 |
| 02-01-2023 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.00 |
| 02-01-2023 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | $ 0.16 |
| 02-01-2023 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | $ 0.45 |
| 02-01-2023 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | $ 0.23 |
| 02-01-2023 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | $ 0.75 |

| Date | Code | Amount |
|---|---|---|
| 02-01-2023 | [ DCADMINCSF ] | $ 1.50 |

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

| | | |
|---|---|---|
| 02-01-2023 | [ CCRMPF ] | $ 10.00 |

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

| | | |
|---|---|---|
| 02-01-2023 | [ CCADMIN04 ] | $ 0.50 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

| | | |
|---|---|---|
| 02-01-2023 | [ LTF ] | $ 10.00 |

LENGTHY TRIAL FUND

| | | |
|---|---|---|
| 02-01-2023 | [ SMF ] | $ 20.00 |

2X SUMMONS FEE

**02-01-2023  [ P ]**

PETITION
Document Available (#1054592944) TIFF    PDF

**02-01-2023  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE DISHMAN, C. BRENT TO THIS CASE.

**02-01-2023  [ ACCOUNT ]**

RECEIPT # 2023-5343953 ON 02/01/2023.
PAYOR: MARR LAW FIRM TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2023-589: $183.00 ON AC01 CLERK FEES.
CJ-2023-589: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2023-589: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2023-589: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2023-589: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2023-589: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2023-589: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2023-589: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2023-589: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2023-589: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2023-589: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2023-589: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**07-19-2023  [ AMP ]**

AMENDED PETITION
Document Available (#1056086550) TIFF    PDF

**08-01-2023  [ SMS ]**

SUMMONS RETURNED, SERVED: MARY LEE JONES PERSONALLY 7-31-23
Document Available (#1056095187) TIFF    PDF