UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HARLEY and TRESSA NEWTON**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **STATE FARM FIRE AND CASUALTY COMPANY** and **MARY LEE JONES**, <br><br> *Defendants*. | Case No. 5:23-cv-00744-HE |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs submits their notice to voluntarily dismiss without prejudice.

Respectfully submitted,

*/s/ Ashton Poarch*
Ashton Poarch, OBA No. 34308
Nick Marr, OBA No. 34284
Chad E. Ihrig, OBA No. 19491
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Bldg. 1, Suite 500
Austin, Texas 78746
Telephone:   512.328.5333
Facsimile:   512.328.5335
Email: cihrig@nixlaw.com
           nmarr@nixlaw.com
           apoarch@nixlaw.com

-and-

Jeff D. Marr, OBA No. 16080
Carole Dulisse, OBA No. 18047

**MARR LAW FIRM**
4301 Southwest Third Street
Oklahoma City, Oklahoma 73108
Telephone:  405.236.8000
Facsimile:   405.236.8025
Email: jeffdmarr@marrlawfirm.com
          cdulisse@marrlawfirm.com

*-and-*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
J. Revell Parrish, OBA No. 30205
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK  73102
Telephone:  405.516.7800
Facsimile:   405.516.7859
Email: rwhitten@whittenburragelaw.com
          mburrage@whittenburragelaw.com
          rparrish@whittenburragelaw.com

**ATTORNEYS FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, August 22, 2023, I served this Notice electronically via the Court's ECF system on all counsel of record registered thereto who had appeared in the matter at the time of filing.

Timila S. Rother, OBA No. 14310
Paige A. Masters, OBA No. 31142
CROWE & DUNLEVY, P.C.
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
Email: timila.rother@crowedunlevy.com
       paige.masters@crowedunlevy.com

*Attorneys for Defendants*

/s/ Ashton Poarch
**Ashton Poarch**
**ATTORNEY FOR PLAINTIFFS**